■ ROXANNE ELDRIDGE, Respondent, v STEPHEN ELDRIDGE, Appellant. [643 NYS2d 1021]

The defendant "failed to proffer any evidence of affirmative conduct demonstrating a waiver of [the plaintiff's] legal rights" *(Mattera v Mattera,* 214 AD2d 544, 545). The defendant had no right to a hearing on his conclusory allegations respecting the plaintiff's supposed waiver of her right to child support payments *(see,* Domestic Relations Law § 244; *Mattera v Mattera, supra; Mitchell v Mitchell,* 170 AD2d 585).

We have examined the appellant's remaining contentions and find them to be without merit. Bracken, J. P., O'Brien, Krausman and Florio, JJ., concur.